(132 So. 876)
## FARMERS' & MERCHANTS' BANK v. G. O. TALLEY.
### 7 Div. 31.

Supreme Court of Alabama.
March 12, 1931.

Chas. J. Scott and J. A. Johnson, both of Ft. Payne, for petitioner.

John B. Isbell, of Ft. Payne, Luke P. Hunt, of Gadsden, and O. D. Street & Son, of Birmingham, opposed.

PER CURIAM.

Petition of G. O. Talley for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Farmers' & Merchants' Bank v. Talley, 132 So. 871.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.